## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DIANA CAUSEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-638-JWD-RLB** |
| **COMMISSIONER OF SOCIAL SECURITY** | |

## **OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 5, 2024 (Doc. 21), to which an objection was filed and considered (Doc. 22);

**IT IS ORDERED** that the decision of the Administrative Law Judge is AFFIRMED, and that Plaintiff's appeal is DISMISSED with prejudice.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>February 22, 2024</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**