UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DIANA CAUSEY                                          CIVIL ACTION

VERSUS                                                NO. 22-638-JWD-RLB

COMMISSIONER OF SOCIAL SECURITY

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 1, 2024 (Doc. 28), to which no objection was filed;

**IT IS ORDERED** that Plaintiff's Motion for Reconsideration of the Judgment and General Order (Doc. 26) is **DENIED.**

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on June 26, 2024.

                                                   JUDGE JOHN W. deGRAVELLES  
                                                   UNITED STATES DISTRICT COURT  
                                                   MIDDLE DISTRICT OF LOUISIANA